UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

RONALD DAVIDSON,

               Plaintiff,

                                                **AMENDED**
   v.                                            **PRETRIAL ORDER**
                                                03-CV-121S

UDAY K. DESAI, M.D., ET AL.,

               <u>Defendants.</u>

      This case has been scheduled for a non-jury, bench trial to begin on June 19, 2017, at 9:30 a.m. in the United States Courthouse, 2 Niagara Square, Buffalo, New York. Counsel shall notify this Court immediately if a pretrial resolution of this matter has been reached.

      A final pretrial conference will be held on May 3, 2017, at 11:00 a.m. A final status conference will be held on June 14, 2017, at 10:00 a.m. <u>Counsel responsible for trying the case must attend the final pretrial conference and the final status conference.</u>

      To facilitate a fair and expeditious trial of this matter, this Court requires counsel to prepare and provide pretrial submissions. Local Rule 16(e)(2) similarly requires counsel to prepare pretrial statements. The required pretrial submissions are described in more detail in the attachment to this Order. The attachment is designed to guide counsel to Rule 16(e) compliance. Set forth below are the deadlines for the various pretrial submissions described in the attachment. Unless otherwise noted, these submissions should be filed with the Clerk of Court and served on opposing counsel.

1. **February 23, 2017**

    Plaintiff(s):        Trial brief and any other legal memoranda
                         Witness List
                         Exhibit List
                         Exhibits

    Defendant(s):        Trial brief and any other legal memoranda
                         Witness List
                         Exhibit List
                         Exhibits

2. **March 7, 2017**

    Plaintiff(s):        Motions in Limine*

    Defendant(s):        Motions in Limine*

3. **March 21, 2017**

    Plaintiff(s):        Response to Motions in Limine*

    Defendant(s):        Response to Motions in Limine*

4. **April 4, 2017**

    Plaintiff(s):        Reply to Motions in Limine*

    Defendant(s):        Reply to Motions in Limine*

*If appropriate                                2

5. **June 12, 2017**

      Plaintiff(s):      All exhibits, tabbed and in binders (to this Court)

      Defendant(s):      All exhibits, tabbed and in binders (to this Court)

SO ORDERED.

Dated:    November 23, 2016
            Buffalo, New York

                                      <u>s/William M. Skretny</u>
                                      WILLIAM M. SKRETNY
                                      United States District Judge

Attachment:  Pretrial Order Attachment (Civil Non-Jury)