<u>Ronald Davidson v. Uday K. Desai, M.D. et al.</u>
03-CV-121S

1. **March 13, 2017**
   Plaintiff(s): Trial brief and any other legal memoranda
   Witness List
   Exhibit List
   Exhibits

   Defendant(s): Trial brief and any other legal memoranda
   Witness List
   Exhibit List
   Exhibits

2. **March 21, 2017**
   Plaintiff(s): Motions in Limine*
   Defendant(s): Motions in Limine*

3. **April 4, 2017**
   Plaintiff(s): Response to Motions in Limine*
   Defendant(s): Response to Motions in Limine*

4. **April 18, 2017**
   Plaintiff(s): Reply to Motions in Limine*
   Defendant(s): Reply to Motions in Limine*

5. **June 12, 2017**
   Plaintiff(s): All exhibits, tabbed and in binders (to this Court)
   Defendant(s): All exhibits, tabbed and in binders (to this Court)

*If appropriate