UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RONALD DAVIDSON,

                Plaintiff,
   vs.

UDAY K. DESAI, M.D., ET AL.,         **Docket No:** 03-CV-121S

                Defendants.
_____

## DEFENDANTS' EXHIBIT LIST

                                    ERIC T. SCHNEIDERMAN
                                    Attorney General of the State of New York
                                    Attorney for Defendants
                                    BY:
                                    GEORGE MICHAEL ZIMMERMANN
                                    Assistant Attorney General of Counsel
                                    Main Place Tower, Suite 300A
                                    350 Main Street
                                    Buffalo, NY 14202
                                    (716) 853-8444
                                    George.Zimmermann@ag.ny.gov

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**EXHIBIT LIST**

**Case No.:**   **03-CV-121S**                                      ( ) **Plaintiff**
**Date:**          **June 19, 2017**                                   (X) **Defendants**

| Exhibit No. | Description | Marked for Identification | In Evidence |
|---|---|---|---|
| A | Deposition of Ronald Davidson, taken on June 29th, 2007 | | |
| B | Plaintiff's DOCCS Medical Records, Bates Nos. 000001 - 001216. | | |
| C | Plaintiff's DOCCS Medical Records, Bates Nos. 001275 - 001708. | | |
| D | August 13, 2015 Consultant's Reports regarding Plaintiff's Left Shoulder | | |
| E | March 10, 2014 consultant's report regarding Plaintiff's Left shoulder | | |
| F | November 26, 2013 consultant report regarding Plaintiff's Left shoulder | | |
| G | December 21, 2005 MRI Report of Plaintiff's Left shoulder | | |
| H | July 25, 2013 MRI Report of Plaintiff's Left shoulder | | |

|   |   |   |   |
|---|---|---|---|
| I | October 16, 2002 X-Ray Report of Plaintiff's shoulders |   |   |
| J | Department of Correctional Services ("DOCS") Smoke Free Policy |   |   |
| K | Elmira CF Pain Management Policy dated March 26, 2002 |   |   |
| L | SUNY Upstate Outpatient Surgery Protocol |   |   |
| M | August 5, 2004 letter from Dr. Hatef |   |   |
| N | Electronic Message from Wexford Health Sources dated December 14, 2000 cancelling Plaintiff's Surgery |   |   |
| O | December 18, 2000, Memorandum from First Dep. Super. Dana Smith to Plaintiff Regarding Cancelled Surgery |   |   |
| P | April 2, 2002, Memorandum from Heman Fowler to Sheryl Graubard regarding Elmira CF Pain Management Policy |   |   |
| Q | Plaintiff's Grievance of July 15, 2004, regarding Elmira CF Pain Management Policy |   |   |
| R | Plaintiff's Grievance of March 28, 2002, regarding Elmira CF Pain Management Policy |   |   |

|   |   |   |   |
|---|---|---|---|
|   |   |   |   |
| S | Plaintiff's July 24, 2004 letter to Anthony Annucci and Lester Wright |   |   |
| T | DOCCS Division of Health Services Policy 7.11 "Infirmary Care" |   |   |
| U |   |   |   |
| V |   |   |   |
| W |   |   |   |
| X |   |   |   |
| Y |   |   |   |
| Z |   |   |   |
|   |   |   |   |

**DATED:**   Buffalo, New York
         March 13, 2017

                             ERIC T. SCHNEIDERMAN
                             Attorney General of the State of New York
                             Attorney for Defendants
                             BY:


                             /s/ George Michael Zimmermann
                             GEORGE MICHAEL ZIMMERMANN

Assistant Attorney General of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202
(716) 853-8444
George.Zimmermann@ag.ny.gov